[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-16277
_____

D.C. Docket No. 5:11-cv-00108-LGW-JEG


SHERRI P. TANNER,

Plaintiff-Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(January 21, 2014)

Before CARNES, Chief Judge, HULL and GARZA,[*] Circuit Judges.

PER CURIAM:

_____

[*]Honorable Emilio M. Garza, United States Circuit Judge for the Fifth Circuit, sitting by designation.

Sherri Tanner appeals from the district court's affirmance of the administrative law judge's ("ALJ") denial of her claim for disability insurance benefits, 42 U.S.C. § 405(g), and supplemental security income, 42 U.S.C. § 1383. On appeal, she argues, inter alia, that (1) the ALJ substituted his own opinion for that of the medical experts in the record by assigning Tanner a severe impairment of prescription drug abuse that was not otherwise diagnosed; (2) the ALJ applied the improper legal standard when evaluating the opinions of Tanner's treating physicians; and (3) the district court erred as a matter of law when it failed to review the record as a whole, specifically in light of the new evidence that Tanner submitted to the Appeals Council.

After review of the record and the briefs of the parties, and having the benefit of oral argument, we conclude that Tanner has not shown reversible error in this case. Even if the ALJ erred in concluding that Tanner had a severe impairment of prescription drug abuse and even if she had only the two other impairments found by the ALJ, Tanner still has not shown error in the ALJ's other findings or in the ALJ's or Appeals Council's ultimate conclusions.

Accordingly, we affirm the judgment of the district court affirming the denial of Tanner's claim for disability insurance benefits and supplemental security income.

**AFFIRMED.**

2